

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-17-00730-CR

Terrence Jerome **BYRD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9362W
Honorable Olin B. Strauss, Judge Presiding

# **O R D E R**

Bettina J. Williams' notification of late record is hereby NOTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court